IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACOB McGAHUEY,

      Plaintiff,

  v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

      Defendant.

No. 6:13-cv-957-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because Plaintiff objects to the Findings and Recommendation, I have reviewed this matter de novo. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    I agree with the Findings and Recommendation that substantial

1 - ORDER

evidence supports the Commissioner's decision to deny Social Security benefits.

## CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#19) is adopted. The decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this __3__ day of September, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE